# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DARNELL JACOBS, | Case No. ED CV 13-0629 SJO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| COUNTY OF RIVERSIDE, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

April 21, 2013.

DATED: _____

*S. James Otero*
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE